In the United States District Court
for the
Middle District of Alabama

RECEIVED
2022 MAR 30  A 11:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case no: # 2:22-CV-152-WHA-CSC

Dillon Lee
[Plaintiff]

v's

"First name unknown" Weeks; SGT. Weeks - Staton Prison, Et, Al.
[Defendants]

In his individual
And
Offical capacities

"Civil Action Complaint"

[1]

## "Preliminary Statement"

Lee was confined, as an inmate, at Staton Corr. Facility, Alabama Department of Corrections, [A.D.O.C.], where he endured server physical trauma, and pain, because SGT. Weeks, "hereafter referred to as Weeks", allowed another inmate, "Randall Patrick, Jr.," to physically attack Lee, while Lee was "unescorted" to the Staton health care unit. Plaintiff brings this action pursuant to 42 U.S.C. §1983 for injective and declaratory relief to resolve Lee's violation of his civil rights.

## "Jurisdiction and Venue"

1] This court has jurisdiction under 28 U.S.C. §1331 and §1343. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §2201. Venue is proper pursuant to §1391.

## Parties
### "Plaintiff"

2] Plaintiff, Dillon Lee, was a prisoner at Staton Corr. Facility when this violation occurred. Lee has suffered server physical trauma and pain, because Weeks failed to protect Lee after he was physically attacked by another inmate, which led to a second attack within a "25" minute period.

[2]

"Defendant"

3] Sgt. Weeks is a sargent at Staton Corr. Facility, 2nd shift, and is responsible for the proper running of the prison as well as the safety and well being of all inmates assigned to Staton prison. Weeks is being suid in his individual and official capacity.

"Factual Allegations"

4] Weeks was fully aware that Lee had just been attacked when he was sent to the shift office. Lee's head was busted open, and bleeding badly. Weeks sent Lee to the health care unit, unescorted, when Lee was once again attacked, in a blind spot, by the same inmate who had just attacked Lee.

5] I & I came to Staton prison, and conducted an investigation concerning Lee's attack.

6] Lee was seen by the warden of Staton Corr. Facility concerning Lee's attack.

[3]

A] on the 21 day of march, 2022, at approximately 6:15pm, Lee was outside of his assigned dorm, when inmate Randall Patrick, Jr., hereafter Patrick J, came into the "A" dorm yard and began to attack Lee. Inmate Patrick hit Lee several times, in the head, with a lock. Inmate Patrick was a known enemy, from the county jail, and was listed in Lee's prison file prior to the attack taking place.

After the attack was broken up, inmate Patrick was sent to his assigned dorm, and Lee was sent to the shift office where he had to wait for some time, while bleeding, before being sent to the health care unit, unescorted, were Lee was attacked for a second time by inmate Patrick.

Officer Young responded to the second attack, which took place around 6:40pm, in a blind spot with "NO" camera footage. Officer Young and Sgt. Weeks escorted Lee to the health care unit. Once at the health care unit, Lee received a total of "7" staples in his head, received a body chart, and pictures were taken of Lee.

SGT. Greene escorted Lee back to the shift office, and then Lee was sent back to his assigned dorm, unescorted, and at that point and time, inmate Patrick was still in the camp to rome freely as he pleased. Then attacked stimmed from Lee being charged with the murder of Patricks cousin.

Ⓒ

[4]

<u>Claim for Relief</u>
<u>Cause for Action</u>
<u>Civil rights Violation</u>

7] Weeks, through his policies, practice, and acts, Exhibited Extreme deliberate indifference to the continuing real and imminet substantial risk to Lee's humane life! This is in complete violation of Lee's civil rights as an A.D.O.C. inmate, not just as a humane being.

8] with complete deliberate indifference to the substantial of server physical trauma, and pain, to Lee's life, Weeks failed to appropriately do his job of protecting Lee's well being, but denied him the safety of an escort to the health care unit, which could have cost Lee his life.

<u>Request For Relei7</u>

[5]

1] Assume jurisdiction over this issue.

2] adjudge and declare that the acts of the defendant with regard to Lee violated Lee's civil rights as a human being.

3] Place an order upon the defendant prohibiting them from any retaliating against Lee for filing this civil complaint against SGT. weeks.

4] Award Lee a sum of $1,000,000.00 from defendant for denying him safety he is entitled to as an inmate, but sent Lee away, "unescorted," which could have cost Lee his life.

5] order such additional relief as this court may deem just and proper.

Respectfully submitted this 29th day of march, 2022.

x _____

c/o

cc

Dillon Lee
Staton Corr. Facility
2690 Marion Spillway R.d.
Elmore, Al 36025

[6]

Dillon Lee 322772
A1-51B
Staton Corr. Facility
2690 Marion Spillway R.d.
Elmore, Al 36025

MONTGOMERY AL 360
29 MAR 2022 PM
FIRST-CLASS



US POSTAGE IMI PITNEY BOWES
ZIP 36025
02 7H
0006001061    $ 000.53⁰    MAR 29 2022

c/o Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Al 36104

LEGAL MAIL

36104-401801